**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**FT. LAUDERDALE DIVISION**

| | | |
|---|---|---|
| MALIBU MEDIA, LLC, | ) | |
| | ) | |
| Plaintiff, | ) | Civil Case No. 0:14-cv-60136-WJZ |
| | ) | |
| v. | ) | |
| | ) | |
| JOHN DOE subscriber assigned IP address | ) | |
| 66.229.143.71, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

## PLAINTIFF'S NOTICE OF SETTLEMENT AND VOLUNTARY DISMISSAL WITH PREJUDICE OF JOHN DOE

**PLEASE TAKE NOTICE,** Plaintiff has settled this matter with John Doe ("Defendant"). Pursuant to the settlement agreement's terms, Plaintiff hereby voluntarily dismisses Defendant from this action with prejudice. John Doe was assigned the IP address 66.229.143.71. Pursuant to Fed.R.Civ.P. 41(a)(1)(A)(i), Defendant John Doe has neither answered Plaintiff's Complaint nor filed a motion for summary judgment.

Consistent herewith Plaintiff consents to the Court having its case closed for administrative purposes.

Dated: June 19, 2014

Respectfully submitted,

By: ___/s/*M. Keith Lipscomb*___
M. Keith Lipscomb (429554)
klipscomb@lebfirm.com
Lipscomb, Eisenberg & Baker, PL
2 South Biscayne Boulevard
Penthouse 3800
Miami, FL 33131
Telephone: (786) 431-2228
*Attorneys for Plaintiff*

1

## CERTIFICATE OF SERVICE

I hereby certify that on June 19, 2014, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF and that service was perfected on all counsel of record and interested parties through this system.

By: ___/s/*M. Keith Lipscomb*_____