```
                    UNITED STATES DISTRICT COURT
                    SOUTHERN DISTRICT OF FLORIDA

                    CASE NO. 14-60136-CIV-ZLOCH
```

MALIBU MEDIA, LLC,

      Plaintiff,

vs.                                **FINAL ORDER OF DISMISSAL**

JOHN DOE, subscriber assigned
IP address 66.229.143.71,

      Defendant.

_____/

    THIS MATTER is before the Court upon the Notice Of Settlement And Voluntary Dismissal With Prejudice Of John Doe (DE 9) filed herein by Plaintiff, Malibu Media, LLC.  The Court has carefully reviewed said Notice and the entire court file and is otherwise fully advised in the premises.

    Accordingly, after due consideration, it is

    **ORDERED AND ADJUDGED** as follows:

    1.  The Notice Of Settlement And Voluntary Dismissal With Prejudice Of John Doe (DE 9) filed herein by Plaintiff, Malibu Media, LLC, be and the same is hereby approved, adopted and ratified by the Court;

    2.  The above-styled cause be and the same is hereby **DISMISSED** with prejudice; and

    3.  To the extent not otherwise disposed of herein, all pending Motions are hereby **DENIED** as moot.

    **DONE AND ORDERED** in Chambers at Fort Lauderdale, Broward County, Florida, this ____23rd_____ day of June, 2014.



                                       WILLIAM J. ZLOCH
                                       United States District Judge

Copies furnished:
All Counsel of Record